JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HORNE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRY LEE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-06560-MCS-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 22, 2022

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE